**Electronically Filed
Supreme Court
SCWC-20-0000154
27-NOV-2024
09:42 AM
Dkt. 15 ODAC**

SCWC-20-0000154

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEPARTMENT OF HAWAIIAN HOME LANDS, STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JULIANA K.L.O. MONTALVO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000154; CASE NO. 2DRC-19-0000070)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Juliana K.L.O. Montalvo's application for writ of certiorari filed on September 30, 2024, is rejected.

DATED: Honolulu, Hawaiʻi, November 27, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimair P. Devens

